No. 935. ALDERMAN *v.* UNITED STATES. See *post,* p. 869.

No. 571. WHEELER LUMBER BRIDGE & SUPPLY CO. *v.* UNITED STATES; and

No. 576. INDIAN MOTOCYCLE CO. *v.* UNITED STATES. Argued April 25, 1929. Restored to docket June 3, 1929. *Per Curiam:* It is now here ordered by this Court that these cases be, and they are hereby, restored to the docket for reconsideration, and that the judgments heretofore entered herein be, and they are hereby, revoked and set aside, and that the opinion announced in these cases on Monday, May 27 last, be, and it is hereby, ordered to be withdrawn. *Mr. Jesse I. Miller* for Wheeler Lumber Bridge & Supply Company. *Attorney General Mitchell, Assistant Attorney General Galloway, Messrs. Alfred A. Wheat* and *Gardner P. Lloyd,* Special Assistants to the Attorney General, and *Mr. Joseph H. Sheppard* were on the brief for the United States in No. 571. *Mr. Monte Appel,* with whom *Mr. Frederick Schwertner* was on the brief, for Indian Motocycle Company. *Attorney General Mitchell,* and *Messrs. Alfred A. Wheat* and *Gardner P. Lloyd,* Special Assistants to the Attorney General, were on the brief for the United States in No. 576.